# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  | Plaintiff, |
|---|---|
| OSCAR DE LA RENTA, LTD., | |
| -v- | Case No. 08 CV 01640 |
| THE FASHION HOUSE INC., | **Rule 7.1 Statement** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

OSCAR DE LA RENTA, LTD.                                    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:**   02/15/08

_____
**Signature of Attorney**

**Attorney Bar Code:** RT 8065