**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OSCAR DE LA RENTA, LTD.,

       Plaintiff,

       -against-

THE FASHION HOUSE INC.,

       Defendant.
-----------------------------------------------------------X

Case No. 08 CV 01640
(J. Lynch)

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA   )
     S.S.:
COUNTY OF LOS ANGELES  )

_Robert Amoyaw_, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 22nd day of February, 2008, at approximately the time of 11:55 AM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; RULE 7.1 STATEMENT; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; INDIVIDUAL PRACTICES IN CIVIL CASES, GERARD E. LYNCH, UNITED STATES DISTRICT JUDGE; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MICHAEL H. DOLINGER upon THE FASHION HOUSE INC. at 16633 Ventura Boulevard, Encino, CA, by personally delivering and leaving the same with MARY PASTORE who informed deponent that she holds the position of _Receptionist_ with that company and is authorized by appointment to receive service at that address.

MARY PASTORE is a _White_ female, approximately _45_ years of age, stands approximately _5_ feet _7_ inches tall, weighs approximately _125_ pounds with _Blonde_ hair.

_____
PROCESS SERVER

State of California, County of Los Angeles
Subscribed and Sworn to (or affirmed) before me
on this _29_ day of February, 2008 By
_Christopher P. Trindade_, personally
known to me or proved to me on the basis of
satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC

 CHRISTOPHER P. TRINDADE
Commission # 1509952
Notary Public - California
Los Angeles County
My Comm. Expires Aug 26, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com