UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
OSCAR DE LA RENTA, LTD.,                    :       ECF Case
                                            :
                                            :       08 Civ. No. 01640
        Plaintiff,                          :
                                            :
    -against-                               :       **NOTICE OF APPEARANCE**
                                            :
THE FASHION HOUSE INC.,                     :
                                            :
        Defendant.                          :
                                            :
-------------------------------------------------------x:

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Bradley M. Rank, Esq., an associate with the law firm of Tashjian & Padian, hereby appears as additional counsel of record for plaintiff Oscar de la Renta, Ltd., and demands that all notices given or required to be given in the above-captioned matter and all papers served in this case be given to and served upon Bradley M. Rank at the following addresses and telephone number:

brank@tashpad.com             TASHJIAN & PADIAN
                              15 West 36th Street, 15th Floor
                              New York, N.Y. 10018
                              (212) 319-9800
                              Attn: Bradley M. Rank, Esq.

Dated: New York, New York
       March 19, 2008

                              TASHJIAN & PADIAN

                        By:   /s/ Bradley M. Rank
                              Bradley M. Rank, Esq. (BR 0342)
                              15 West 36th Street, 15th Fl.
                              New York, New York 10018
                              (212) 319-9800

                              Attorneys for Plaintiff