UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
OSCAR DE LA RENTA, LTD.,

          Plaintiff,

      -against-

THE FASHION HOUSE INC.,

          Defendant.
------------------------------------------------------------x:

08 Civ. No. 01640

**NOTICE OF**
**ENTRY OF DEFAULT**

PLEASE TAKE NOTICE, that the attached is a true and correct copy of the Notice of Entry of Default entered and filed in the office of the Clerk of the Court, United States District Court, Southern District Court, County of New York, 500 Pearl Street, New York, New York on March 24, 2008.

Dated: New York, New York
       March 24, 2008

TASHJIAN & PADIAN

By: _____
    Richard G. Tashjian
    (A Member of the Firm)
    15 West 36th Street
    New York, NY 10018
    (212) 319-9800
    Attorneys for Plaintiff

To:    The Fashion House Inc.
        16633 Ventura Blvd.
        Encino, CA 91436