UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
OSCAR DE LA RENTA, LTD.,        :
                                :    08 Civ. No. 01640
                Plaintiff,      :
                                :
        -against-               :    **CLERK'S CERTIFICATE**
                                :
THE FASHION HOUSE INC.,         :
                                :
                Defendant.      :
                                :
------------------------------------------------------x:

     I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on February 19, 2008 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by personally serving The Fashion House Inc. on February 22, 2008 and proof of such service thereof was filed on February 29, 2008.

     I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York

_____

**J. MICHAEL MCMAHON**

Clerk of the Court

By: _____

Deputy Clerk