UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
OSCAR DE LA RENTA, LTD.,                :
                                        :       08 Civ. No. 01640
            Plaintiff,                  :
                                        :       **NOTICE OF**
       -against-                        :       **ENTRY OF DEFAULT**
                                        :
THE FASHION HOUSE INC.,                 :
                                        :
            Defendant.                  :
                                        :
------------------------------------------------------x:

      PLEASE TAKE NOTICE, that the attached is a true and correct copy of the Notice of Entry of Default entered and filed in the office of the Clerk of the Court, United States District Court, Southern District Court, County of New York, 500 Pearl Street, New York, New York on March 24, 2008.

Dated: New York, New York
       March 24, 2008

                                                  TASHJIAN & PADIAN

                                        By: _____
                                           Richard G. Tashjian
                                           (A Member of the Firm)
                                           15 West 36th Street
                                           New York, NY 10018
                                           (212) 319-9800
                                           Attorneys for Plaintiff

To:    The Fashion House Inc.
        16633 Ventura Blvd.
        Encino, CA 91436

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
OSCAR DE LA RENTA, LTD.,           :
                                   :    08 Civ. No. 01640
            Plaintiff,             :
                                   :
      -against-                    :    **CLERK'S CERTIFICATE**
                                   :
THE FASHION HOUSE INC.,            :
                                   :
            Defendant.             :
                                   :
------------------------------------------------------x:

     I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on February 19, 2008 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by personally serving The Fashion House Inc. on February 22, 2008 and proof of such service thereof was filed on February 29, 2008.

     I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York

_____

**J. MICHAEL MCMAHON**

Clerk of the Court

By: _____

Deputy Clerk