UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
OSCAR DE LA RENTA, LTD.,

          Plaintiff,

-against-

THE FASHION HOUSE INC.,

          Defendant.
-------------------------------------------------------------x

ECF Case

08 Civ. No. 01640

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Howard Raber, Esq., an associate with the law firm of Tashjian & Padian, hereby appears as additional counsel of record for plaintiff Oscar de la Renta, Ltd., and demands that all notices given or required to be given in the above-captioned matter and all papers served in this case be given to and served upon Bradley M. Rank at the following addresses and telephone number:

hraber@tashpad.com

TASHJIAN & PADIAN
15 West 36th Street, 15th Floor
New York, N.Y. 10018
(212) 319-9800
Attn: Bradley M. Rank, Esq.

Dated: New York, New York
March 26, 2008

TASHJIAN & PADIAN

By: _____
Howard Raber, Esq. (hmr135)
15 West 36th Street, 15th Fl.
New York, New York 10018
(212) 319-9800

Attorneys for Plaintiff