UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OSCAR DE LA RENTA, LTD.,

                 <u>Plaintiff</u>,

      -v.-

THE FASHION HOUSE INC.,

                 <u>Defendant</u>.

------------------------------------------------------------x

08 Civ. 1640 (GEL)

**ORDER**

GERARD E. LYNCH, <u>District Judge</u>:

      By letter dated June 9, 2008, plaintiff informed the Court that defendant filed a petition for bankruptcy on April 16, 2008, see <u>In re The Fashion House, Inc.</u>, 1:08-BK-12359 (Bankr. C.D. Ca.), resulting in a stay of this action. Plaintiff is listed as an unsecured creditor in the bankruptcy proceeding.

      As no proceedings in this Court will be conducted until the bankruptcy court lifts the stay, and as the bankruptcy proceedings are outside the control of this Court, the Clerk of the Court is respectfully directed to transfer this case to the suspense docket until further notice.

SO ORDERED.

Dated: New York, New York
       June 10, 2008

_____
GERARD E. LYNCH
United States District Judge